VERONICA TAORMINA et al., complainants-appellants,

*v.*

ANNA POLINE et al., defendants-appellees.

[Argued February 10th, 1937.   Decided April 30th, 1937.]

*Mr. Samuel Craig Cowart,* for the defendants-appellants.

*Messrs. Quinn, Parsons & Doremus (Theodore D. Parsons),* for the complainants-appellants.

PER CURIAM.

We have carefully examined the pleadings and proofs, together with the conclusions of the learned vice-chancellor who heard the cause.  We can only conclude that the decree appealed from was proper, and it is, therefore, affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   15.

*For reversal*—None.